IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Claudia Burns,

          Plaintiff,

   v.

PNC Bank, N.A., *et al.*,

          Defendants.

Case No: 2:20-cv-5149

Judge Graham

Magistrate Judge Vascura

<u>Order</u>

The Court hereby ADOPTS the Magistrate Judge's Report and Recommendation (doc. 34) that this case be dismissed for want of prosecution.  Plaintiff has not objected to the Report and Recommendation, responded to an earlier Show Cause Order, or otherwise appeared in this action since her former legal counsel was granted leave to withdraw.

Accordingly, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.


                            s/ James L. Graham
                            JAMES L. GRAHAM

DATE: October 20, 2021